FILED: ERIE COUNTY CLERK 08/28/2023 10:10 AM    INDEX NO. 804192/2023
NYSCEF DOC. NO. 25                               RECEIVED NYSCEF: 08/28/2023

STATE OF NEW YORK
SUPREME COURT : COUNTY OF ERIE

| | |
|---|---|
| CELLINO LAW LLP, and<br>CELLINO & BARNES, P.C.,<br><br>           Plaintiffs,<br>- v -<br><br>GOLDSTEIN GRECO, P.C.,<br>BRIAN GOLDSTEIN, ESQ., and<br>ALEXANDER GRECO, ESQ.,<br><br>           Defendants. | <u>Action #1</u><br><br>Index No.: 804192/2023<br><br>*Hon. Deborah A. Chimes, J.S.C.,*<br>*Presiding* |
| THE BARNES FIRM, P.C.,<br><br>           Plaintiff,<br>- v -<br><br>GOLDSTEIN GRECO, P.C.,<br>BRIAN GOLDSTEIN, ESQ., and<br>ALEXANDER GRECO, ESQ.,<br><br>           Defendants. | <u>Action #2</u><br>Related Action<br><br>Index No.: 808360/2023<br><br>*Hon. Deborah A. Chimes, J.S.C.,*<br>*Presiding* |

<u>STIPULATED ORDER OF CONSOLIDATION</u>

IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys of record for the parties to the above-captioned actions (the "Actions"), that the Actions involve common questions of law or fact, and the actions hereby are consolidated for the purposes of discovery and trial, pursuant to CPLR § 602(a); and it is further

STIPULATED AND ORDERED that the index number for the consolidated action shall be 804192/2023; and it is further

STIPULATED AND ORDERED that this Stipulation and Order shall be filed and effective in each Action;

STIPULATED AND ORDERED that the caption of the consolidated action shall be as follows:

STATE OF NEW YORK
SUPREME COURT : COUNTY OF ERIE

| | |
|---|---|
| CELLINO LAW LLP, and<br>CELLINO & BARNES, P.C.,<br><br>    Plaintiffs,<br><br>- v -<br><br>GOLDSTEIN GRECO, P.C.,<br>BRIAN GOLDSTEIN, ESQ., and<br>ALEXANDER GRECO, ESQ.,<br><br>    Defendants. | Index No.: 804192/2023<br><br>*Hon. Deborah A. Chimes, J.S.C.,*<br>*Presiding* |
| THE BARNES FIRM, P.C.,<br><br>    Plaintiff,<br><br>- v -<br><br>GOLDSTEIN GRECO, P.C.,<br>BRIAN GOLDSTEIN, ESQ., and<br>ALEXANDER GRECO, ESQ.,<br><br>    Defendants. | |

and it is further;

STIPULATED AND ORDERED that this Stipulation and Order is without prejudice to any other rights that the parties may have.

Dated: August 15, 2023
      Buffalo, New York

| WOODS OVIATT GILMAN LLP<br><br>_____<br>William F. Savino, Esq.<br>Andrea K. DiLuglio, Esq.<br>*Attorneys for Defendants*<br>*Goldstein Greco, P.C.,*<br>*Brian Goldstein, & Alexander Greco*<br>1900 Main Place Tower<br>350 Main Street<br>Buffalo, New York 14202<br>716-248-3200<br>wsavino@woodsoviatt.com<br>adiluglio@woodsoviatt.com | HODGSON RUSS LLP<br><br>_____<br>Julia M. Hilliker, Esq.<br>*Attorneys for Plaintiff*<br>*Cellino Law LLP*<br>The Guaranty Building<br>140 Pearl Street<br>Suite 100<br>Buffalo, New York 14202<br>716-856-4000<br>jhillike@hodgsonruss.com |
|---|---|
| DUKE HOLZMAN PHOTIADIS & GRESENS LLP<br><br>_____<br>Christopher M. Berloth<br>Thomas D. Lyons<br>*Attorneys for Plaintiffs*<br>*Cellino & Barnes, P.C. &*<br>*The Barnes Firm, P.C.*<br>701 Seneca Street, Suite 750<br>Buffalo, New York 14210<br>716-855-1111<br>cberloth@dhpglaw.com<br>tlyons@dhpglaw.com | |

BY THE COURT:

Based on the Court's consideration of the terms of this Stipulation and Order, and good cause appearing therefore, it is hereby

SO ORDERED:

                                                                     _____
HON. DEBORAH A. CHIMES, J.S.C.

Dated:   August  25, 2023
        Buffalo, New York